UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ST. ANDRE, et al.,<br><br>Defendant. | No. 2:24-cv-03149-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 3) |

Plaintiff Raghvendra Singh proceeds *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to state a cognizable claim. (Doc. No. 3.) Further, the magistrate judge found that "granting [P]laintiff leave to amend in this case would be futile" because Plaintiff has filed several complaints in this court that have been dismissed for failure to state a claim and lack of subject matter jurisdiction. (*Id.* at 3.) Specifically, Plaintiff previously filed a complaint containing substantially similar allegations that was dismissed for failure to state a cognizable claim. (*Id.*) Accordingly, the magistrate judge recommended that Plaintiff's complaint be dismissed without leave to amend. (*Id.* at 4.)

Those findings and recommendations were served upon Plaintiff and contained notice that

1  any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 3.) To date,
2  no objections to the pending findings and recommendations have been filed, and the time in
3  which to do so has now passed.
4        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
5  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
6  findings and recommendations are supported by the record and by proper analysis.
7        Accordingly:
8        1.    The findings and recommendations issued on January 13, 2025 (Doc. No. 3) are
9            ADOPTED in full;
10       2.    Plaintiff's complaint is dismissed without leave to amend; and
11       3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 3, 2025**                                          _____
                                                                   Dena Coggins
                                                                   United States District Judge